## THE STATE v. COENAN.

1. **Criminal Law** : GIVING INTOXICATING LIQUORS TO MINORS. A party cannot justify the act of giving intoxicating liquors to a minor by establishing that he did it by the order of the parent, unless he shows that the order was in writing.

*Appeal from Linn Circuit Court.*

SATURDAY, JUNE 8.

THE petition shows that the defendant sold or gave away beer to one Albert Cooper, a minor. The defendant, in his answer, admits that he gave beer to the said Albert Cooper, but says that he did so by the order of his father, John Cooper, upon whose relation this action is instituted. The plaintiff demurred to the defendant's answer upon the ground that it did not show that the defendant gave the beer upon the written order of the said John Cooper. The court sustained the demurrer. Defendant appeals.

*Thompson & Davis*, for appellant.

*J. B. Young*, for appellee.

Janes v. Brown.

ADAMS, J.—Section 1539 of the Code provides that "it shall be unlawful · for any person to sell or give away, by agent, or otherwise, any spirituous or intoxicating liquor, including wine and beer, to any minor, for any purpose whatsoever, unless upon the written order of his parent, guardian or family physician." It is contended by the defendant that if it be shown that the parent's consent was obtained it is immaterial whether it was obtained in writing or not. To this it is sufficient to say that it is not for us to override an express provision of the statute, because, in our judgment, the provision is unnecessary. Besides, the provision in question seems to us to be a wise one. It is calculated to insure deliberation on the part of the parent, guardian or physician, and, in addition, it is calculated to secure such evidence of the fact of consent as will prevent litigation upon the question as to whether the consent was given. We think that the demurrer was rightly sustained.

*1. CRIMINAL law: giving intoxicating liquors to minors.*

AFFIRMED.